AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of ) | |
| INFORMATION ASSOCIATED WITH DISCORD ACCOUNT ) "Dont-trip64#3104" THAT IS STORED AT PREMISES ) CONTROLLED BY DISCORD, INC. ) ) ) ) | Case No. 4:24MJ7024 SPM<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __NORTHERN__ District of __CALIFORNIA__
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before __February 22, 2024__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   2/8/2024 at 10:12                                    *[signature]*
                                                                                                *Judge's signature*

City and state:   St. Louis, MO                                    Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
                                                                                                *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 4:24MJ7024 SPM | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br><br>                                                                                    *Executing officer's signature* <br><br>                                                                                     *Printed name and title* |

**SW 4:24MJ7024 SPM**

**ATTACHMENT A**

**Property to be Searched**

This warrant applies to Discord, Inc. account information associated with username **"Dont-trip64#3104"** that is stored at premises controlled by Discord, Inc. a company that accepts service of legal process at 444 De Haro St, Suite 200, San Francisco, CA 94107.

**SW 4:24MJ7024 SPM**

**ATTACHMENT B**

**Particular Things to be Seized**

**I.    Information to be disclosed by Discord, Inc. (the "Provider")**

To the extent that the information described in Attachment A that is within the possession, custody, or control of the Provider, including any messages, records, files, logs, or information that have been deleted but are still available to the Provider. The Provider is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, Discord passwords, Discord security questions and answers, alternate Discord accounts, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

(b)   The contents of all messages associated with the account, including stored or preserved copies of messages sent to and from the account, draft messages, the source and destination addresses associated with each message, the date and time at which each message was sent, and the size and length of each message;

(c)   All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have been sent to this user ID;

(d) The types of service utilized to include alternative Discord, Inc. communication methods or platforms;

(e) All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

(f) All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

(g) All past and present communication lists of other Discord, Inc. users communicating with this account;

(h) The types of service utilized by the user;

(i) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(j) All records pertaining to communications between this Discord account and any person regarding the user or the user's Discord account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. §§ 2422; 2252(a)(4)(B) and 2252A(a)(5)(B); and/or 18 U.S.C. §§ 2252(a)(2) and 2252A(a)(2), involving the Discord, Inc. account associated with username **"Dont-trip64#3104"** including information pertaining to the following matters:

(a) Any images or videos depicting children engaging in sexually explicit conduct or any sexually suggestive images or videos depicting children (i.e. child erotica);

(b) Any communication, including direct messaging or posts, which involve actual or attempted solicitation of minors for sexual activity or communication which persuades, induces, entices, or coerces a minor to engage in sexual activity or which attempts to arrange a meeting with a minor for any illicit purpose.

(c) Evidence indicating the Discord account owner's state of mind as it relates to the crime under investigation;

(d) Any information relating to who created, used, or communicated with the account, including records about their identities and whereabouts;

(e) Any communications or correspondence containing information about trading, sending, receiving, or possessing child pornography images or videos with other Discord account users;

(f) Any communication or correspondence containing attached videos or images of child pornography or child erotica;

Any communication or correspondence pertaining to locations, internet sites, and addresses including passwords on how to access child pornography.

3

**CERTIFICATE OF AUTHENTICITY OF**
**DOMESTIC BUSINESS RECORDS PURSUANT TO**
**FEDERAL RULE OF EVIDENCE 902(11)**

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by _____, and my official title is _____. I am a custodian of records for_____. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of _____; and

    c.    such records were made by _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date                                      Signature